IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Jeffery Mark Bailey,                        )
                                            )
            Plaintiff,                      )
                                            )
vs.                                         )        Civil Action No.: 2:10-cv-3231-TLW
                                            )
Commissioner of Social Security,            )
                                            )
            Defendant.                      )
_____     )

# ORDER

On December 20, 2010, the plaintiff, Jeffery Mark Bailey ("plaintiff"), proceeding pro se, filed this civil action. (Doc. #1). The case was referred to United States Magistrate Judge Bruce Howe Hendricks pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 17). On February 15, 2011, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that this case be dismissed without prejudice due to the plaintiff's failure to comply with an Order of this Court (Doc. # 10) and his failure to prosecute this case. (Doc. # 17). The plaintiff filed no objections to the report. Objections were due on March 4, 2011.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**.  (Doc. # 17).  For the reasons articulated by the Magistrate Judge, this case is dismissed without prejudice due to the plaintiff's failure to comply with an Order of this Court (Doc. # 10) and his failure to prosecute this case.

**IT IS SO ORDERED**.

s/Terry L. Wooten
United States District Judge

April 5, 2011
Florence, South Carolina

2