AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Jeffrey Mark Bailey | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:10-CV-3231-TLW-BHH |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Hendricks is adopted. It is Ordered and Adjudged that the case is dismissed without prejudice due to plaintiff's failure to comply with an Order of the Court and failure to prosecute this case.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge.

Date:   April 5, 2011                                    *CLERK OF COURT*  Larry W. Propes

*Chondra S. White*

*Signature of Clerk or Deputy Clerk*